AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>YOSIMAR CORTEZ-DIAZ<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  8:26MJ292<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 8, 2026 _____ in the county of _____ Douglas _____ in the

_____ District of _____ Nebraska _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Keshuan Britt, Dep. Officer, ICE
_Printed name and title_

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __7/7/2026__

_Judge's signature_

City and state:        Omaha, Nebraska

Ryan C. Carson, United States Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION )
OF YOSIMAR CORTEZ-DIAZ )        AFFIDAVIT OF Keshaun A. Britt
)

Keshaun A. Britt, being first duly sworn, hereby states that:

1.    Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), duly appointed according to law and at the time of the events herein was acting in his official capacity.

2.    Your Affiant completed the required federal law enforcement training to become a Deportation Officer in September 2025 and has been employed in that capacity since that time. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3.    Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4.    This affidavit is being made in support of a criminal complaint and arrest warrant charging **Yosimar CORTEZ-Diaz**, (hereafter referred to as CORTEZ-Diaz) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5.    On June 5, 2026, **CORTEZ-Diaz**, came to the attention of the ICE ERO Omaha Fugitive Operations team while searching the Nebraska Court system for at-large leads. **CORTEZ-Diaz**, was charged with DUI, Possession of an Open Container, Careless Driving, and No Operator's license.

6.    Biographic checks of **CORTEZ-Diaz's**, name and date of birth showed that he is a citizen of Mexico with one previous removal from the US to Mexico.

7.    On June 8, 2026, ICE officers encountered **CORTEZ-Diaz** at the Douglas County Courthouse while he was appearing for his criminal proceeding. Following his hearing ICE officers approached **CORTEZ-Diaz** and identified themselves as ICE Deportation Officers and presented a signed I-205 Warrant of Arrest.

8.    ICE Deportation Officers placed **CORTEZ-Diaz** under arrest and transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of his fingerprints confirmed his identity.

1

9.    **CORTEZ-Diaz**'s fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared **CORTEZ-Diaz**'s current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that **CORTEZ-Diaz** had been arrested by DHS previously.

10.    As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A216 277 618) relating to **CORTEZ-Diaz.**

11.    **CORTEZ-Diaz**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was removed from the United States to Mexico, on 02/07/2018, pursuant to a final removal order on 02/06/2018. A Designated official with the Department of Homeland Security issued **CORTEZ-Diaz** a final order of removal.

12.    A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of **CORTEZ-Diaz.**

13.    Affiant believes there is probable cause that **CORTEZ-Diaz**, is in violation of Title 8, United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

Keshaun A. Britt, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date:  July 7, 2026

City and State: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge

2